BRANNEN *et al. v.* BUIE *et al.,* executors, *et al.*

HAWKINS, Justice. The bill of exceptions, containing no assignment of error whatever, must be dismissed. Code, §§ 6-801, 6-901; *Doe ex dem. Truluck* v. *Peeples,* 1 *Ga.* 1; *Doebler* v. *Waters,* 30 *Ga.* 344; *Collins* v. *Carr,* 111 *Ga.* 867 (36 S. E. 959); *Winn* v. *State,* 124 *Ga.* 811 (53 S. E. 318).

*Writ of error dismissed. All the Justices concur.*

No. 17495. SUBMITTED JUNE 11, 1951—DECIDED JULY 9, 1951.

*J. P. Dukes, Ralph U. Bacon, B. H. Ramsey, William J. & W. G. Neville,* for plaintiffs.

*Hugh R. Kimbrough* and *Kirkland & Lane,* for defendants.